AKHTAR MASOOD, Employee v. ERWIN OIL COMPANY, Employer, EMC INSURANCE COMPANIES, Carrier

No. 94A07

(Filed 12 October 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 181 N.C. App. 424, 639 S.E.2d 118 (2007), reversing and remanding an opinion and award filed on 23 November 2005 by the North Carolina Industrial Commission. Heard in the Supreme Court 13 September 2007.

*Patterson Harkavy LLP, by Leto Copeley, for plaintiff-appellee.*

*Patterson, Dilthey, Clay & Bryson, L.L.P., by Phillip J. Anthony and Christopher J. Derrenbacher, for defendant-appellants.*

*Hatch, Little & Bunn, LLP, by Elizabeth T. Martin and Harold W. Berry, Jr., for North Carolina Petroleum Marketers Association, Inc., amicus curiae.*

PER CURIAM.

As to the appeal of right based on the dissenting opinion, the members of the Court are equally divided. Therefore, the Court of Appeals opinion is left undisturbed without precedential value. *See, e.g., Barham v. Hawk*, 360 N.C. 358, 625 S.E.2d 778 (2006).

AFFIRMED.

Justice HUDSON did not participate in the consideration or decision of this case.